

ORIGINAL

FILED

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## AF 06-0536

---

IN THE MATTER OF APPOINTMENT
TO THE DISTRICT COURT COUNCIL

O R D E R

---

The terms of District Court Judge Position 3 member Honorable Amy Eddy expired on June 30, 2023. The Court thanks Judge Eddy for her service to the District Court Council, to this Court, and to the people of Montana.

Pursuant to § 3-1-1602(1)(b), MCA, an election was held by the Montana Judges Association and Judge Eddy was re-elected as the District Court Judge, Position 3 member to the District Court Council.

Now, therefore, I, Mike McGrath, Chief Justice of the Supreme Court of the State of Montana, in accordance with the results of said procedure, do hereby CERTIFY that the Honorable Amy Eddy was re-elected for a three-year term that expires on June 30, 2026.

The Clerk is directed to provide a copy of this Order to the Honorable Amy Eddy, the remaining members of the District Court Council, the Montana Secretary of State for filing, the State Bar of Montana, and Beth McLaughlin, Supreme Court Administrator.

IN WITNESS WHEREOF I have set my hand and caused the seal of this Court to be affixed this 14 day of November, 2023.

_____
Chief Justice

FILED

NOV 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana